HENRY FINK et al., Appellants, *v.* LOREN J. LAMPHERE, as Receiver of CANADAWAY FERTILIZER COMPANY et al., Respondents, Impleaded with Others.

*Finck* v. *Canadaway Fertilizer Co.*, 152 App. Div. 391, modified.
(Argued April 23, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1912, which affirmed a judgment entered upon a decision of the court on trial at Special Term dismissing the plaintiff's complaint, directing the cancellation of the bond and mortgage sought to be foreclosed, ordering canceled the deed given by the plaintiffs to the defendant Canadaway Fertilizer Company in May, 1907, requiring the plaintiffs to pay back to the defendant receiver substantially $9,500, and to further pay a second mortgage of $2,000 and interest placed on the property by the defendant Canadaway Fertilizer Company after the sale of the property and the making of the mortgage sought to be foreclosed in this action.

*A. C. Wade* and *John L. Hurlbert* for appellants.

*Thomas H. Larkins* for respondents.

Judgments of Appellate Division and Special Term modified so as to require the plaintiffs to repay to the defendant Loren J. Lamphere, receiver, only the sum of $7,500, as of the date of the judgment of the Special Term, less the amount due on the bond and mortgage executed by the defendant corporation to Reuben W. Wright for the sum of $2,000, and interest; and in case the plaintiffs fail to make such payment the said receiver may have execution therefor and the defendant Reuben W. Wright may enforce his mortgage as a lien on the premises by a foreclosure thereof; and as so modified judgments affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.